DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GORDON ARNIE LAGERSTROM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-353

[August 22, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2013-CF-003395-AXXX-MB.

Dane K. Chase of Chase Law Florida, P.A., Saint Petersburg, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KUNTZ, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***